# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

144059

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ESTATE OF NANCY VAN ANTWERP,
by GEORGE VAN ANTWERP, Personal
Representative,

     Plaintiff-Appellant,

v

                                   SC: 144059
                                   COA: 296920
                                   Wayne CC: 09-012338-NO

GROSSE POINTE VILLAGE GRILL, INC.,
        Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the August 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012 _____

p0227

_____
Clerk